**CADE LAW GROUP**

**Nathaniel Cade, Jr.**
nate@cade-law.com
www.cade-law.com

November 29, 2022

**VIA ELECTRONIC FILING**

United States Court of Appeals
for the Seventh Circuit
Attn: Christopher Conway
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

    Re:    <u>Noeldner v. Daniels, et. al.</u>
               Seventh Circuit Case No. 22-2885

Dear Mr. Conway:

    The above-referenced appeal is before the Court, with the reply due currently on or before January 20, 2023. I am counsel for the Appellant.

    Based on the current days the Court may hold oral arguments during the January 2023 and April 2023 Sessions, I currently am **<u>unavailable</u>** for oral argument due to trials or other conflicts on the following dates:

| | |
|---|---|
| February 7, 8, 14,15,16 and 22, 2023 | June 6 -7, 2023 |
| March 27-28, 2023 | July 11-12, 2023 |
| April 3-6, 13, 17-21, and 25-26, 2023 | August 1-2, 2023 |
| May 16-17, 2023 | |

    Thank you in advance.

                                    Very truly yours,

                                    CADE LAW GROUP LLC

                                    Nathaniel Cade, Jr.

NC:cn